```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 11300
   TIFFANY R ANDERSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-9644


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/25/2007 and was not confirmed.

     The case was dismissed without confirmation 09/20/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
ALLIED GROUP MORTGAGE     CURRENT MORTG         .00           .00            .00
DRIVE FINANCIAL SERVICES  SECURED VEHIC    9250.00            .00         200.00
AARONS SALES              UNSECURED       NOT FILED           .00            .00
BUREAU OF COLLECTION REC  UNSECURED       NOT FILED           .00            .00
COMPUTER CREDIT           NOTICE ONLY     NOT FILED           .00            .00
COMCAST                   UNSECURED         1035.06           .00            .00
MEDICAL COLLECTION        UNSECURED       NOT FILED           .00            .00
MEDICAL COLLECTION        NOTICE ONLY     NOT FILED           .00            .00
NATIONWIDE CREDIT CO      UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON       NOTICE ONLY     NOT FILED           .00            .00
OLD NAVY                  UNSECURED       NOT FILED           .00            .00
DRIVE FINANCIAL SERVICES  UNSECURED          799.39           .00            .00
ROUNDUP FUNDING LLC       UNSECURED          520.00           .00            .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       84.00           .00          84.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,500.00                       399.51
TOM VAUGHN                TRUSTEE                                          47.88
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     731.39

PRIORITY                                             84.00
SECURED                                             200.00
UNSECURED                                              .00
ADMINISTRATIVE                                      399.51
TRUSTEE COMPENSATION                                 47.88
DEBTOR REFUND                                          .00
                        ---------------       ---------------
TOTALS                      731.39                  731.39



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 11300 TIFFANY R ANDERSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE